UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 12CR2835-DMS |
| Plaintiff, | ) | |
| v. | ) | |
| BRAYAN ARRIAGA (2), | ) | **DISMISSAL AND JUDGMENT** |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with leave of the Court as endorsed hereon, the United States Attorney for the Southern District of California hereby dismisses, without prejudice, the Information in the above-captioned case against Defendant BRAYAN ARRIAGA.

DATED: July 31, 2012

LAURA E. DUFFY
United States Attorney

   s/Alessandra P. Serano
ALESSANDRA P. SERANO
Assistant U.S. Attorney

Leave of the Court for the filing of the dismissal without prejudice is GRANTED.

DATED: August 1, 2012

HON. DANA M. SABRAW
United States District Judge